# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE ESTATE OF
ANNE BRANCH-GARNER, A/K/A
ANNE E. BRANCH-GARNER,
DECEASED.

No. 77831

GERALDINE KIRK-HUGHES,
                          Appellant,
                vs.
ESTATE OF ANNE BRANCH-GARNER;
CHRISTINA E. DONALDSON; AND
MELODY L. MOSES, AS CO-
ADMINISTRATORS OF THE ESTATE
OF ANNE BRANCH-GARNER,
                          Respondents.



FILED

JUN 03 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order in a probate matter. Eighth Judicial District Court, Clark County; Gloria Sturman, Judge.

This court previously entered an order directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it appeared that appellant was not a party to the proceedings below and, therefore, lacked standing to appeal from the district court's order. This court's rules extend the right to appeal only to aggrieved parties. NRAP 3A(a).

In response to this court's order to show cause, appellant concedes that she was not a party to the proceedings below, but argues that she has standing to appeal based on the fact that she is aggrieved by the challenged order because the order rendered a money judgment against her. This court has previously rejected the position taken by appellant. *See Gladys Baker Olsen Family Tr. v. Olsen*, 109 Nev. 838, 840-41, 858 P.2d

385, 386-87 (1993) (declining to adopt a similar argument); *Albany v. Arcata Assocs., Inc.*, 106 Nev. 688, 689-90, 799 P.2d 566, 567-68 (1990) (holding that an attorney for defendants could not appeal an order imposing sanctions upon him because he was not a party to the action, and observing that the attorney's appropriate remedy was to petition this court for extraordinary relief).

Because appellant was not a party below, she lacks standing to pursue this appeal. Accordingly, this appeal is dismissed without prejudice to appellant's right to seek this court's intervention by way of extraordinary writ.

It is so ORDERED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                              Silver


cc:     Hon. Gloria Sturman, District Judge
        Carolyn Worrell, Settlement Judge
        Guinness Law Firm
        Blackrock Legal, LLC
        Eighth District Court Clerk